JOHN R. KROGER #077207
Attorney General
DANIEL H. ROSENHOUSE #773275
Assistant Attorney General
Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
Telephone: (971) 673-1880
Facsimile: (971) 673-2196
dan.rosenhouse@doj.state.or.us
Attorneys for State of Oregon

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Darryl Newton Anderson,<br><br>        Debtor. | Case No. 10-40933-elp13<br><br>MOTION TO DISMISS OF OREGON DIVISION OF CHILD SUPPORT |

The State of Oregon, Department of Justice, Division of Child Support (DCS), moves to dismiss this case because debtor, Darryl Newton Anderson, has failed to pay his post-petition child support. 11 USC §1307(c)(11). In support of its Motion, DCS represents as follows:

    1.    Debtor, Darryl Newton Anderson, filed a Petition for Relief under Chapter 13 of the Bankruptcy Code on November 17, 2010.

    2.    Debtor is under valid order of the State of Oregon Circuit Court for Multnomah County, Case No. 0307-67424, to pay child support for the benefit of his minor child B, born in 1993. The support order requires payment of $299.00 per month on the 20th day of every month.

    3.    As of April 21, 2011, Darryl Newton Anderson is in arrears in the payment of his post-petition support in the amount of $1,794.00 with another payment due May 20, 2011

    4.    Debtor's Chapter 13 plan was confirmed on February 18, 2011 [26].

Page 1 – MOTION TO DISMISS OF OREGON DIVISION OF CHILD SUPPORT
    In re Darryl Newton Anderson    **DEPARTMENT OF JUSTICE**    2706684-v1
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
PHONE: (971) 673-1880

Case 10-40933-elp13    Doc 33    Filed 04/21/11

5. Debtor's failure to pay post-petition support indicates that he is unable to make his Chapter 13 Plan payments while honoring his obligation to support his children.

DATED this 21st day of April, 2011.

JOHN R. KROGER
Attorney General

/s/ Daniel H. Rosenhouse
Daniel H. Rosenhouse #773275
Assistant Attorney General
Department of Justice
1515 SW Fifth Ave., Suite 410
Portland, OR 97201
Telephone: (971) 673-1880
Facsimile: (971) 673-2196
Dan.rosenhouse@doj.state.or.us
  Of Attorneys for Oregon Division
      of Child Support

Page 2 – MOTION TO DISMISS OF OREGON DIVISION OF CHILD SUPPORT
In re Darryl Newton Anderson        **DEPARTMENT OF JUSTICE**        2706684-v1
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
PHONE: (971) 673-1880

Case 10-40933-elp13    Doc 33    Filed 04/21/11

CERTIFICATE OF SERVICE BY MAIL

I certify that on April 21, 2011, I served the foregoing MOTION TO DISMISS OF OREGON DIVISION OF CHILD SUPPORT upon the parties hereto by electronic mail using the courts ECF system as follows:

**BY ELECTRONIC NOTIFICATION**

| | |
|---|---|
| E. Clarke Balcom<br>*Attorney for Darryl Newton Anderson* | cbalcom@clarkebalcomlaw.com |
| Jennifer L Aspaas<br>*Attorney for Deutsche Bank National Trust Company; and The Bank of New York Mellon* | ecfor@reflegal.com |
| Wayne Godare<br>*Trustee* | c0urtmail@portland13.com |
| US Trustee, Portland | USTPRegion18.PL.ECF@usdoj.gov |

/s/ Daniel H. Rosenhouse_____
Daniel H. Rosenhouse  #773275
Assistant Attorney General

Page 1 –   CERTIFICATE OF SERVICE
   In re Darryl Newton Anderson                                                          2707551-v1
**DEPARTMENT OF JUSTICE**
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
PHONE: (971) 673-1880

Case 10-40933-elp13    Doc 33    Filed 04/21/11